### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT SUTTON, ) ) **Plaintiff,** ) ) vs. ) ) ) **HARTFORD FINANCIAL SERVICES** ) **GROUP INC.,** a/k/a **HARTFORD LIFE** ) **GROUP INSURANCE COMPANY,** f/k/a ) **CNA GROUP LIFE ASSURANCE** ) **COMPANY,** ) ) **Defendant.** ) | 8:06CV626<br><br>ORDER |

This matter came before the court on Defendant Hartford Life Group Insurance Company's unopposed Second Motion for Enlargement of Time in Which to File Answer or Motion in the above-referenced matter. For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED**:

1. Defendant's Motion [6] is granted, and defendant Hartford Life Group Insurance Company is granted until **November 30, 2006** in which to answer or otherwise plead.

2. The parties' Rule 26(f) reporting deadline is also extended to **November 30, 2006**.

**DATED November 1, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**