IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENT SUTTON, | ) | CASE NO. 8:06CV626 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| HARTFORD FINANCIAL SERVICES | ) | |
| GROUP, a/k/a HARTFORD LIFE | ) | |
| GROUP INSURANCE COMPANY, f/k/a | ) | |
| CNA GROUP LIFE  ASSURANCE | ) | |
| COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint stipulation for dismissal with prejudice.   The Court has considered the stipulation and finds that it complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly,.

IT IS ORDERED:

1.    The Stipulation for Dismissal (Filing No. 8) is approved, and the relief requested therein is granted;

2.    The Complaint is dismissed with prejudice; and

3.    The parties shall pay their own costs and attorney's fees.

DATED this 20th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge